IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>vs.<br><br>Devan Allen Howe,<br><br>                              Defendant. | Case No. 1:21-cr-00176 |

**ORDER DENYING REQUEST FOR REVIEW
OF MAGISTRATE JUDGE'S DETENTION ORDER**

[¶ 1]   THIS MATTER comes before the Court on a Request for Review of Magistrate Judge's Detention Order filed by the Defendant on February 29, 2024. Doc. No. 358. The Defendant asks the Court to vacate United States' Magistrate Judge Clare R. Hochhalter's Order (Doc. No. 356) denying the Defendant's Motion for Release from Custody. Id. The United States filed a Response in opposition on March 6, 2024. Doc. No. 359.

[¶ 2]   The Court has conducted a *de novo* review of the record, the Defendant's request, and Magistrate Judge Hochhalter's Order. The Court agrees with the analysis and conclusion of Magistrate Judge Hochhalter's Order and hereby adopts it on this *de novo* review. See United States v. Cook, 87 F.4th 920, 924-25 (8th Cir. 2023) ("If the district court agrees fully with the magistrate's order and reasons, it may adopt the order. Here, the district court reviewed the same record and factual findings and agreed fully with the magistrate judge's decision. Adopting that decision 'obviate[d] the need for the district court to prepare its own written findings of fact and statement of reasons.'" (cleaned up) (quoting United States v. King, 849 F.2d 485, 490 (11th Cir.

1988)). Accordingly, the Defendant's Request for Review of Magistrate Judge's Detention Order is **DENIED**.

[¶ 3]   **IT IS SO ORDERED**.

DATED March 7, 2024.

Daniel M. Traynor, District Judge
United States District Court